IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JOHN ALFRED REGALADO,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:14-CV-959-L** |
| § | |
| **CONSELO MERCADO AND JEORGE GASCAS**, § | |
| § | |
| Defendants. § | |

## ORDER

The case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on April 30, 2014, recommending that this action be dismissed *sua sponte* for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). No objections to the Report were filed, and the Report that was mailed to Plaintiff was returned as undeliverable.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct, **accepts** them as those of the court, and **dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure 41(b).

**It is so ordered** this 20th day of May, 2014.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order – Solo Page